# RETURN OF SERVICE

**State of Florida**  **County of Palm Beach**  **District Court**

Case Number: 20-CV-20033-BB

Plaintiff:
**VICTOR ARIZA**

vs.

Defendant:
**HOPE AND HENRY, LLC.**

For:
Roderick Hannah
Law Office of Roderick V. Hannah, P.A.
8751 West Broward Blvd
Suite 303
Plantation, FL 33324

Received by Court Express Inc. on the 6th day of January, 2020 at 6:51 pm to be served on **Hope And Henry, Llc. c/o Incorp Services, Inc., 17888 67th Court N, Loxahatchee, FL 33470**.

I, Michelle Abraham, do hereby affirm that on the **7th day of January, 2020 at 1:53 pm, I:**

**CORPORATE - REGISTERED AGENT:** served by delivering a true copy of the **Summons and Complaint with Exhibits and Preservation Letter** with the date and hour of service endorsed thereon by me, to: **Debbie Greenberg c/o Incorp Services, Inc.** as **Registered Agent** for **Hope And Henry, Llc. c/o Incorp Services, Inc.**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury, I declare that I have read the forgoing Verified Return of Service and that the facts stated in it are true.

**Michelle Abraham**
CPS # 1401

**Court Express Inc.**
**P.O. Box 010581**
**Miami, FL 33101**
(305) 205-1304

Our Job Serial Number: CXS-2020000036

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1g

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Florida

| | ) |
|---|---|
| VICTOR ARIZA | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 20-cv-20033-BB |
| HOPE AND HENRY, LLC | ) |
| a foreign limited liability company | ) |
| *Defendant(s)* | ) |

*Served - 1/7/20*
*@ 1:54 pm*
*Debbie Greenberg*
*authorized agent*
*for R/A*
*CPS #1401 MA*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* HOPE AND HENRY, LLC
By Serving Its Registered Agent:
INCORP SERVICES, INC.
17888 67TH COURT N
LOXAHATCHEE FL 33470

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: RODERICK V. HANNAH, ESQ.
8751 WEST BROWARD BOULEVARD
SUITE 303
PLANTATION FL 33324
(954) 362-3800

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: Jan 6, 2020

*s/ Esperanza Buchhorst*
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court