**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**Case No. 20-cv-20033-BLOOM/Louis**

VICTOR ARIZA,

      Plaintiff,

v.

HOPE AND HENRY, LLC, a foreign
limited liability company,

      Defendant.

_____/

**ORDER OF DISMISSAL WITH PREJUDICE**

**THIS CAUSE** is before the Court upon the Notice of Voluntary Dismissal, ECF No. [9] ("Notice"), filed on February 12, 2020. The Court has reviewed the Notice and the record in this case, and is otherwise fully advised.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Notice, **ECF No. [9]** is **APPROVED** and **ADOPTED**;

2. The above-styled case is **DISMISSED WITH PREJUDICE**;

3. Each party shall bear its own attorneys' fees and costs;

4. To the extent not otherwise disposed of, all pending motions are **DENIED AS MOOT** and all deadlines are **TERMINATED**;

5. The Clerk of Court is directed to **CLOSE** this case.

Case No. 20-cv-20033-BLOOM/Louis

**DONE AND ORDERED** in Chambers at Miami, Florida, on February 12, 2020.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record